**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BOXERCRAFT INCORPORATED, | |
|        Plaintiff/CounterDefendant | Case No: 1:14-cv-00684-HLM |
| vs. | |
| SPIRIT CLOTHING COMPANY, | |
|        Defendant/Counterclaimant | |

Plaintiff Spirit Clothing Company ("Spirit") makes the following disclosures pursuant to Federal Rules of Civil Procedure Rule 26(a), as follows:

**A.     Knowledgeable Witnesses Likely to Have Discoverable Information**

The following is a list of witnesses, presently contemplated to provide facts supporting or rebutting the allegations of the pleadings:

1.     Jake Ptasznik, President of Spirit, c/o Blakely, Sokoloff, Taylor & Zafman, LLP, 12400 Wilshire Blvd., 7th Floor, Los Angeles, California 90025.

**Subject Matter:**

Has knowledge regarding Spirit's sales of Spirit Jersey, third party awareness of trade dress rights, Defendant's infringing sales, advertising of the Spirit Jersey, channels of trade.

2.     Luis Gonzalez, Production/Graphic Artist at Spirit, c/o Blakely, Sokoloff, Taylor & Zafman, LLP, 12400 Wilshire Blvd., 7th Floor, Los Angeles, California 90025.

**Subject Matter:**

Design and Production of the Spirit Football Jersey

3.   Andy Gerrard, Sales/Marketing at Spirit, c/o Blakely, Sokoloff, Taylor & Zafman, LLP, 12400 Wilshire Blvd., 7th Floor, Los Angeles, California 90025.

**Subject Matter:**

Has knowledge regarding Spirit's sales of Spirit Football Jersey, third party awareness of trade dress rights, Defendant's infringing sales, advertising of the Spirit Football Jersey, channels of trade.

4.   Individuals involved with the design, sales and marketing of the Pom Pom Jersey at Boxercraft, Inc.

**Subject Matter:**

Such individuals may testify regarding Boxercraft's selection and adoption of the accused trade dress, revenues, profits, sales and related marketing efforts.

As the lawsuit was only recently initiated, Spirit reserves the right to supplement these disclosures as the case progresses.

**B.   Documents and Things**

The following is a list of documents and things, which may support or rebut the allegations in the pleadings.

1.   Defendants' documents regarding its selection and adoption of the product design, such as drawings, sketches, prints, correspondence, etc.

2.   Documents regarding Defendant's sales, marketing, revenues, costs, profits and instances of confusion.

3.      Documents relating to the Accused Products
        including communications relating to the Accused
        Products.

4.      Samples of the Accused Shirt and Spirit's Football Jersey.

5.      Spirit's Trademark Registrations.

6.      Documents evidencing third party awareness of Spirit's
        trade dress and its association with Spirit.

7.      Documents evidencing Spirit's sales and marketing of
        shirts featuring its trade dress features.

8.      Documents produced in connection with this case.

As the lawsuit was only recently initiated, Spirit reserves the right to supplement these disclosures as the case progresses.

## C.     Damages

At this early stage of the litigation, Spirit's assessment of its damages resulting from defendant's actions is incomplete.  Spirit reserves its right to seek all compensatory and punitive damages including costs and attorneys' fees.

## D.     Insurance

Spirit does not have an insurance policy related to this litigation.


Dated:  August 29, 2014

/s/ ***Robert M. Ward***
*Robert M. Ward*
(Georgia Bar No. 775401)
3455 Peachtree Road NE, Floor 5
Atlanta, GA 30326
Telephone: (404) 606-6480
Facsimile: (203) 220-8497
rward@dilworthip.com

*/s/Willmore F. Holbrow, III*

*(subject to admission pro hac vice)*
Willmore F. Holbrow, III
(California State Bar No. 169,688)
Blakely, Sokoloff, Taylor &
Zafman,
12400 Wilshire Blvd., 7th Floor
Los Angeles, CA 90025
Phone: (310) 207 – 3800
Email: bill_holbrow@bstz.com

*Attorneys for Defendant/Counterclaimant*
*Spirit Clothing Company*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was mailed on August 29, 2014, to the following persons, via United States First Class Mail, postage prepaid, upon all counsel of record as follows:


Charles W. Forlidas
Elizabeth Marie Koehnemann
Kelly L. Whitehart
MILLER & MARTIN
1170 Peachtree Street, N. E. Ste. 800
Atlanta, GA  3030

Robert M. Ward
Attorney at Law
DILWORTH IP
The Pinnacle Building
3455 Peachtree Road North East, 5th Floor
Atlanta, GA 30326


<u> /s/Maria Papi/</u>
Maria Papi